# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

James Daniel Hajny )
(full name) (Register No). )
 )
_____ )
 )
 Plaintiff(s). )
 )
 ) Case No._____
 )
 )
M. Douglas Harpool )
(Full name) )
Brian C Wimes )
David Rush )
 Defendant(s).

## COMPLAINT PURSUANT TO 28 U.S.C. § 1331

I. Place of present confinement of plaintiff(s): Greene County Justice Center

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff James Daniel Hajny   Register No. _____
   Address 1000 N. Boonville Ave Springfield, MO 65802

B. Defendant M. Douglas Harpool
   Is employed as Federal Judge

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

Case 6:16-cv-03505-CM   Document 1   Filed 12/27/16   Page 1 of 9

1a II B) Defendant: Brian C Wimes

is Employed as: Federal Judge

II B) Defendant: David Rush

is Employed as: Magistrate Judge.

III.   Do your claims involve medical treatment?   Yes ____   No ✓

IV.   Do you request a jury trial?   Yes ✓   No ____

V.   Do you request money damages?   Yes ✓   No ____
State the amount claimed?   $_____/_____ (actual/punitive)
$100, Million

VI.   Are the wrongs alleged in your complaint continuing to occur?   Yes ____   No ✓

VII.   Grievance procedures:

A. Does your institution have an administrative or grievance procedure? N/A
     Yes ____   No ____

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? N/A   Yes ____   No ____

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

_____
_____
_____

D. If you have not filed a grievance, state the reasons.

_____
_____
_____

VIII.   Previous civil actions:
1.   A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case: N/A   Yes ____   No ____

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? N/A   Yes ____   No ____

C. If your answer is "yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
              (Plaintiff)                    (Defendant)
(2) Date filed:_____

(3) Court where filed: _____

(4) Case Number and citation:_____

2

Case 6:16-cv-03505-CM   Document 1   Filed 12/27/16   Page 3 of 9

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
   (Pending) (on appeal) (resolved)

(8) If resolved, state whether for:
   _____
   (Plaintiff) or (defendant

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

   See Seperate Sheet Marked (3a).

B. State briefly your legal theory or cite appropriate authority:

Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

   I am seeking monetary relief for the violation of my civil Rights, by all 3 Judges.

3

Case 6:16-cv-03505-CM   Document 1   Filed 12/27/16   Page 4 of 9

IX Statement of Claim

A) On 3/29/16, Magistrate David P. Rush held a hearing to inquire further into my allegations of ineffectiveness against my 3rd defense attorney Brian D. Risley. In my allegations I raised enough concern as I did with my 2nd Public defender Brady A. Musgraves effectiveness. Mr. Musgrave was replaced on 11/19/15. In Magistrate Rushs' response he was more concerned with allowing me only 3 attorney's, than the effectiveness of said attorney's. I was also not allowed to speak during the 3/29/16 hearing. Subsequently Magistrate denied my request to have a new attorney appointed.

On 3/30, 3/31, 4/11, 5/11, 5/23/16, letters were sent and filed in order to appeal Magistrate Rushs' denial for a new attorney. In my letter dated 5/23/16, I included a letter sent by Mr. Risley where he clearly refused to do anything to assist in proving my innocence. I also gave information as to his failure to suppress my audio interview, and the admission he received from TFO Charles Root, that he had deleted the original recording and failed to preserve the digital recording device.

On 6/07/16, I was brought before Magistrate David Rush once again. I stated in open court as to whom TFO Charles Root admitted to my attorney that he destroyed the original recording and conviently misplaced the digital recorder. Not only did Mr. Risley acknoledge this fact but AUSA Ami Miller also acknoledged it as well. I insisted that Mr. Risley was required to place a Motion for suppression, but Magistrate Rush insisted that I did not know the law and that any motion for suppression would be a verbal motion done at trial not

Pg 3b

not before. Magistrate Rush knowingly and wilfully gave me erroneous information in open court, I also believe he asked for acknoledgement as to this information being true by both attorney's. Subsequently on 7/8/16 AUSA Ami Miller filed a limine motion in Court. It was granted on 7/12/16.

On 6/08/16, Judge Brian C Wimes, my original trial Judge, denied my appeal to have Mr. Risley removed. I believe Judge Wimes was given false information by Magistrate Rush. Judge Wimes failed to be diligient in getting the facts, he relied on someone who had previously denied my request. Judge Wimes should of at least requested either the transcripts or the audio recording of the June 7 hearing. If he had he clearly would heard all the facts.

Due to my trial being continued till 7/2016, it was re-assigned to Judge M. Douglas Harpool. On 7/12/16 a Pre-trial hearing was held before Judge Harpool, to which I requested to have Mr. Risley removed due to his ineffectiveness, including his failure to subpeona witnesses on my behalf. Judge Harpool refused to hear anything on the matter due to Judge Wimes ruling on 6/08/16 and ended the hearing.

On 7/13/16, I drafted a motion to have Mr. Risley removed. I gave several reasons as well as facts for his removal. And on 7/18/16, the first day of my trial he heard my motion. Judge Harpool asked for more detailed information to which I gave him. I refrenced the 6/7/16 hearing to the acknowledgment from both Mr. Risley & AUSA Ami Millers admission to TFO Charles Roots destruction of the original interview recording.

Pg 3c

and his failure to preserve the digital device, How Mr. Risley failed to allow me the right to prove my innocence under the 6th Amendment, how Mr. Risley failed to subpoena witness on my behalf. to which I demanded a mistrial on but was denied.

Judge Harpool gave me 2 options procede with Mr. Risley or go Prose'. I acknowledged that I did not have enough knowledge of Federal law to procede on my own. Judge Harpool said I was only allowed 3 Public defenders, and I was at my limit. Subsequently my request was denied, but Judge Harpool did inform me that I opened myself up for a Motion 2255 at the end of my trial.

Because of the actions of Magistrate David P. Rush Judge Brian C. Wimes, and Judge M. Douglas Harpool, on 7/29/16 I took a no contest plea. I was denied my right to a fair trial to which every American is allowed. This was done not only by my Public defender, but the judges who were assigned to uphold my civil rights, & protect them.

On 12/08/16 Judge Harpool sentenced me to 100 years

X. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name.

_____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?   Yes ____   No ✓

If so, state the names(s) and address(es) of each lawyer contacted.

_____
_____

C. Have you previously had a lawyer representing you in a civil action in this court?
   Yes ____   No ✓

If so, state the lawyers name and address.

_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this _18th_ day of _December_ 20_16_

*James Dad Hajny*

(Signatures of Plaintiff(s))

4

GREENE COUNTY JUSTICE CENTER
1000 N Boonville
Springfield MO. 65802

James D Hafny
Inmate Name

1734226
Jacket #

Legal document
To be filed
Urgent

Clerk of Court
US District Court
400 E 9th Street
Kansas City, MO
64106

SPRINGFIELD MO 658
19 DEC '16
PM 2 L

SCREENED
U.S. M...
LEGAL MAIL

INDIGENT

02 1P
0000885762
MAILED FROM ZIP CODE 65802
DEC 19 2016
$ 000.88⁵
PITNEY BOWES